Roy Harwood, Plaintiff-Appellant, v. Amen J. Attella, Defendant-Appellee.

Gen. No. 10,482.

Third District.
December 6, 1963.

Kenneth A. Green, of Mattoon (Thomas J. Logue, of counsel), for appellant. W. K. Kidwell, of Mattoon, for appellee. Opinion by JUDGE REYNOLDS. Not to be published in full.